> Request GRANTED. The parties' joint letter shall be due no later than **April 16, 2025**.
>
> Dated: April 11, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**
>
> SO ORDERED.

# REAVIS PAGE JUMP LLP

Gregory P. Feit, Esq.*
gfeit@rpjlaw.com

*admitted to practice law in New York

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, Michigan, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.
RPJ is a certified Women's Business Enterprise.

WBENC

41 Madison Avenue
41st Floor
New York, NY  10010

Telephone  (212) 763-4100
Facsimile  (212) 763-4141

www.rpjlaw.com

April 10, 2025

<u>Via ECF</u>
Hon. Jennifer L. Rochon
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    *Re*: *Covington v. Estée Lauder Cos., et al.*, No. 24-cv-8309 (JLR) –
      <u>Unopposed Letter-Motion for Extension of Time on Pre-I.P.C. Letter</u>

Dear Judge Rochon:

   This firm represents plaintiff Rahsheeda Covington in the above-referenced action. We write to respectfully request a brief, two-day extension of the deadline by which the parties' joint, pre-initial pretrial conference letter (and accompanying proposed case management plan and scheduling order; together, the "joint letter") shall be filed.

   By Notice of Initial Pretrial Conference (ECF No. 19), the Court ordered the parties to file the joint letter by no later than April 14, 2025, *i.e.*, ten days before the scheduled conference. Due to previously planned out-of-office traveling days, plaintiff's counsel would respectfully ask that the April 14th joint-letter deadline be extended to April 16, so as to allow all parties' counsel additional time to confer on pre-conference issues and to prepare the pre-conference submissions. (For the avoidance of doubt, we note that no adjournment of the conference date itself is being sought here.) No previous requests for an extension of the joint-letter deadline have been made. And defendants The Estée Lauder Companies Inc. and M.A.C. Cosmetics Inc. consent to this extension request. We thank the Court for its consideration of this matter.

                 Respectfully submitted,

                  */s/ Gregory P. Feit*

                  Gregory P. Feit

cc: Counsel of Record (via ECF)