**GreenbergTraurig**

**Todd H. Girshon**
Tel 631.994.2412
Mobile 917.533.7673
Todd.Girshon@gtlaw.com

February 19, 2026

<u>**VIA ECF**</u>
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Request GRANTED.  The parties' pre-motion conference shall be adjourned from February 27, 2026 to **March 6, 2026 at 10:30 a.m.**
 **SO ORDERED.**

Dated: February 19, 2026
    New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **Covington v. The Estée Lauder**
    **Companies Inc. et al.**
    <u>**Case No. 24-cv-08309 (JLR)**</u>

Dear Judge Rochon:

We are counsel for Defendants in connection with the above-referenced matter.  We write with the consent of Plaintiff's counsel to respectfully request an adjournment and rescheduling of the pre-motion conference currently scheduled for February 27, 2026 at 10:30 a.m. Counsel for Defendants are seeking this adjournment because we have a conflict on this date.  Counsel for the parties have conferred and are available on March 3 and March 6 to reschedule the pre-motion conference.  Counsel are also available on such other date and time that is mutually convenient for counsel for the parties and the Court. This is the first request to reschedule the pre-motion conference and this request does not affect any other dates scheduled in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**Greenberg Traurig, LLP**

Todd H. Girshon
Kevin W. Murray

cc:    All Counsel of Record (via ECF)

---

**Greenberg Traurig, LLP | Attorneys at Law**